DYLAN B. CARP (State Bar No. 196846)
SCOTT P. JANG (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:    415.394.9400
Facsimile:    415.394.9401
Email:         carpd@jacksonlewis.com
               Scott.Jang@jacksonlewis.com

Attorneys for Defendant
CLIMATE ADVISERS, INC.

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLIOPE PARTNERS, INC., a California corporation; GLENN HUROWITZ, an individual,<br><br>                    Plaintiffs,<br><br>       v.<br><br>CLIMATE ADVISORS, INC., a District of Columbia corporation,<br><br>                    Defendant. | Case No. 15-CV-03082-LB<br><br>**NOTICE TO MODIFY CAPTION/IDENTIFY PROPER DEFENDANT PARTY** |

NOTICE IS HEREBY GIVEN that Defendant CLIMATE ADVISERS, INC. requests the Court to change the caption of this case to identify the proper Defendant party. Defendant requests the change as follows:

1. The proper Defendant in this matter is "Climate Advisers, Inc." (and _not_ "Climate Advisors, Inc.).

Accordingly, Defendant respectfully requests that the caption of this case now be as follows: "Calliope Partners, Inc., a California corporation; Glenn Hurowitz, an individual v. Climate Advisers, Inc., a District of Columbia corporation."

Dated: July 31, 2015              JACKSON LEWIS P.C.

                                  By: _____
                                  Dylan B. Carp
                                  Scott P. Jang
                                  Attorneys for Defendant
                                  CLIMATE ADVISERS, INC.

4846-7279-0821, v. 1