BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Dior T. Watanabe (SBN 261205)
Watanabe@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Plaintiffs
CALLIOPE PARTNERS, INC. AND GLENN HUROWITZ

Ariana Wright Arnold (*pro hac vice*)
Dylan B. Carp (State Bar No. 196846)
Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: 415.394.9400
Facsimile: 415.394.9401

Attorneys for Defendant
CLIMATE ADVISERS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLIOPE PARTNERS, INC., et al.,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>CLIMATE ADVISERS, INC.,<br><br>                    Defendants. | Case No. 15-CV-03082-SI<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Honorable Susan Illston<br><br>Date Action Filed:  June 10, 2015<br>Date Action Removed:  July 2, 2015 |

## STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiffs Calliope Partners, Inc. and Glenn Hurowitz ("Plaintiffs") and Defendant Climate Advisers, Inc. ("Defendant"), by and through their respective counsel, hereby submit their stipulated request to continue the Initial Case Management Conference as follows:

WHEREAS, Plaintiffs filed a complaint in the Superior Court for the County of San Francisco on June 10, 2015;

WHEREAS, Defendant removed the action to this Court pursuant to 28 U.S.C. section 1441(b) on July 2, 2015;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiffs' Complaint on July 10, 2015 (ECF No. 7);

WHEREAS, on September 2, 2015, the Court signed a stipulated Order (ECF No. 21) pursuant to which Plaintiffs' opposition to the Motion to Dismiss is due October 2, 2015, Defendant's reply is due November 3, 2015, and the hearing is set for November 20, 2015;

WHEREAS, the parties participated in a day-long mediation on August 11, 2015 pursuant to which they continue to negotiate the framework for a resolution of the dispute;

WHEREAS, the parties would like to continue the Initial Case Management Conference from October 2, 2015 to November 20, 2015, which the date of the hearing on the Motion to Dismiss so they can continue to work toward a negotiated resolution of this matter;

WHEREAS, the parties believe the requested continuance would promote efficiency and judicial economy; and they further stipulate and agree that the extension requested herein is not requested for purposes of delay and will not result in any prejudice to the parties or to the Court;

IT IS THEREFORE STIPULATED AND AGREED by Plaintiffs and Defendant, by and through their respective counsel, and the Court is respectfully requested to order that:

1. The Initial Case Management Conference is continued to November 20, 2015, which the same date as the hearing on the Motion to Dismiss.

**IT IS SO STIPULATED AND REQUESTED.**

DATED: September 17, 2015        BLANK ROME LLP

By: /s/ Michael L. Ludwig
　　　Michael L. Ludwig
Attorneys for Plaintiffs
CALLIOPE PARTNERS, INC. AND
GLENN HUROWITZ

DATED: September 17, 2015        JACKSON LEWIS P.C.

By: /s/ Dylan B. Carp
　　　Ariana Wright Arnold
　　　Dylan B. Carp
Attorneys for Defendant
CLIMATE ADVISERS, INC.

# DECLARATION OF MICHAEL L. LUDWIG
# IN SUPPORT OF STIPULATION

I, Michael L. Ludwig, declare as follows:

1. I am attorney at law duly licensed to practice before this Court. I am a partner at the law firm of Blank Rome LLP, counsel of record for the Plaintiffs Glenn Hurowitz and Calliope Partners, Inc. ("Plaintiffs") in this matter. I could and would testify to the facts set forth in this declaration if called upon to do so based on my own personal knowledge.

2. Defendant Climate Advisers ("Defendant") filed a Motion to Dismiss on July 10, 2015 (ECF No. 7) that originally was set for hearing on September 4, 2015.

3. On September 2, 2015, the Court signed a stipulated Order (ECF No. 21) pursuant to which Plaintiffs' opposition to the Motion to Dismiss is due October 2, 2015, Defendant's reply is due November 3, 2015, and the hearing is set for November 20, 2015.

4. The parties participated in a day-long mediation of the dispute on August 11, 2015 pursuant to which they continue to negotiate the framework for a resolution of the dispute.

5. The parties would like to continue the Initial Case Management Conference from October 2, 2015 to November 20, 2015 (the same day as the haring on the Motion to Dismiss) so they can focus their immediate efforts on finalizing a negotiated resolution of this matter.

6. There were prior requests to continue the dates on the Motion to Dismiss to accommodate the August 11 mediation, but the parties neglected to request a continuance of the Initial Case Management Conference at that time. There have been no other requests for time modification in this case. The parties do not believe the requested time modification otherwise will impact the schedule for the case.

7. Pursuant to Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from the other signatories above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 17, 2015 in Los Angeles, California.

By: /s/ Michael L. Ludwig
Michael L. Ludwig

4
**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
143720.00201/101463812V.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The Initial Status Conference is continued from October 2, 2015 to ~~November 20,~~ 2015.
   December 4, 2015, at 2:30 p.m.

Dated: 9/18/15

_____
Judge Susan Illston
United States District Court

5
**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
143720.00201/101463812V.1